**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| HUGO PRIETO, | : | No. 58 EAL 2023 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| THE SCHOOL DISTRICT OF | : | |
| PHILADELPHIA (DEPARTMENT OF | : | |
| EDUCATION), | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of August, 2023, the Petition for Allowance of Appeal is **DENIED**.